PROB 12C
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 5, 2015

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2015

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Luis V. Farias | Case Number: 0980 2:12CR02092-TOR-1 |
| Address of Offender: ■ | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 23, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 30 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | February 27, 2015 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | February 26, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On May 14, 2015, this officer directed Mr. Farias to obtain a walk-in substance abuse evaluation on May 18, 2015, at Merit Resource Services (Merit) in Sunnyside.  Mr. Farias failed to obtain the evaluation. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On May 13, 19, and 27, 2015, Mr. Farias failed to report to Merit and submit to random UA testing. |

Prob12C
Re: Farias, Luis V.
June 5, 2015
Page 2

| | | |
|---|---|---|
| 3 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: On June 3, 2015, this officer received a telephone call from Mr. Farias who stated he had consumed a controlled substance, cocaine, on or about May 31, 2015.

4    **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On June 3, 2015, this officer received a telephone call from Mr. Farias who stated he had consumed alcohol beverages in excess on or about May 31, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 5, 2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

June 5, 2015
Date