PROB 12C
(7/93)

Report Date: October 2, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis V. Farias             Case Number: 0980 2:12CR02092-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 23, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 30 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | February 27, 2015 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | February 26, 2018 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/05/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Farias failed to report in person to the U.S. Probation office in Yakima on September 17, 2015. |
| | On September 14, 2015, this officer spoke with Mr. Farias prior to his discharge from Pioneer Center East (PCE), and instructed him to report to the U.S. Probation office in person on September 17, 2015. |
| 6 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Farias failed to complete aftercare outpatient treatment at Merit Resource Services (Merit) on September 16, 2015. |

Prob12C
Re: Farias, Luis V.
October 2, 2015
Page 2

On September 15, 2015, Mr. Farias was successfully discharged from PCE. He was instructed by his chemical dependency counselor to report to Merit on September 16, 2015, to begin aftercare services. On September 22, 2015, this officer contacted Merit and spoke with a staff member, Christina Martinez, and she verified that Mr. Farias failed to show for his aftercare appointment. On October 2, 2015, this officer contacted Merit to follow up on Mr. Farias' treatment status. This officer was informed that Mr. Farias has yet to show up for aftercare treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 2, 2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[  ]  No Action
[XX] The Issuance of a Warrant
[  ]  The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[  ]  Defendant to appear before the Magistrate Judge.
[  ]  Other

Thomas O. Rice, USDJ
Signature of Judicial Officer

October 5, 2015
Date