PROB 12C
(7/93)

Report Date: March 22, 2016

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Luis V. Farias | Case Number: 0980 2:12CR02092-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Sunnyside, Washington 98944 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 23, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 30 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 10, 2016 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 9, 2018 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On March 17, 2016, Yakima County Sheriff's deputy Christopher Grey submitted a suspect incident report to Yakima County Superior Court requesting Luis Farias be charged with felony harassment/threats to kill per incident report number 16C04068.<br><br>According to the incident report, Luis Farias' uncle, Rodrigo Farias, called 911 to report that Mr. Farias had threatened him with a firearm.  Rodrigo stated that Luis was at his residence, 3641 Independence Road in Sunnyside, Washington, when he arrived home.  Luis claimed that deputy U.S. marshals told him he could live at the home.  Rodrigo told Luis that he was not going to allow him to stay there.  Luis then pulled out a small semiautomatic firearm and threatened to kill Rodrigo before fleeing the scene. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On March 17, 2016, Mr. Farias failed to report in person to the U.S. Probation Office in Yakima as instructed by his U.S. probation officer. |

Prob12C
Re: Farias, Luis V.
March 22, 2016
Page 2

On March 10, 2016, the offender released from custody and began his term of supervised release.  Mr. Farias was instructed to report to the U.S. Probation Office on March 17, 2016, to discuss his progress with obtaining a substance abuse evaluation.

On March 17, 2016, Mr. Farias failed to report in person to the U.S. Probation Office in Yakima.  Mr. Farias contacted this officer by telephone and stated that he would not be reporting to the office.

3   **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.  You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On March 14, 2016, Mr. Farias failed to report to Merit Resource Services (MERIT) to obtain a substance abuse evaluation.

On March 10, 2016, Mr. Farias was referred to MERIT to undergo a substance abuse evaluation on March 14, 2016.  On March 16, 2016, this officer contacted MERIT to verify whether or not Mr. Farias obtained his substance abuse evaluation.  This officer was informed that the offender failed to report for the evaluation as scheduled.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/22/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

March 22, 2016
Date